UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Broadcast Music, Inc.;　　　　　　　　　)　　CIVIL ACTION NO.:
Paul Simon Music;　　　　　　　　　　　)
T/Q Music Inc. d/b/a Trio Music　　　　　)
Company; Fort Knox Music, Inc.;　　　　　)　　JUDGE:
Universal – Songs Of Polygram　　　　　　)
International, Inc.;　　　　　　　　　　　)
Unichappell Music Inc.;　　　　　　　　　)
7 World Trade Center　　　　　　　　　　)
250 Greenwich Street　　　　　　　　　　)
New York, NY 10007-0030　　　　　　　　)
　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Plaintiffs,　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　 )
　　v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　 )
Nighttown, Inc. d/b/a Nighttown;　　　　　)
c/o Glen O. Smith, Its Statutory Agent　　　)
925 Euclid Avenue, #2000　　　　　　　　)
Cleveland, OH 44115　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　 )
Brendan Ring;　　　　　　　　　　　　　)
12387 Cedar Road　　　　　　　　　　　)
Cleveland Heights, OH 44106　　　　　　 )
　　　　　　　　　　　　　　　　　　　 )
Siobhan Sinnott;　　　　　　　　　　　　)
12387 Cedar Road　　　　　　　　　　　)
Cleveland Heights, OH 44106　　　　　　 )
　　　　　　　　　　　　　　　　　　　 )
　　　　　　　Defendants.　　　　　　　 )

## COMPLAINT

　　　　Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in approximately 10.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Paul Simon Music is a sole proprietorship owned by Paul Simon. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff T/Q Music Inc. is a corporation doing business as Trio Music Company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Fort Knox Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff Universal – Songs Of Polygram International, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Unichappell Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Defendant Nighttown, Inc. is a corporation organized and existing under the laws of the State of Ohio, which operates, maintains and controls an establishment known as Nighttown, located at 12387 Cedar Road, Cleveland Heights, Ohio 44106, in this district (the "Establishment").

11. In connection with the operation of the Establishment, Defendant Nighttown, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

12. Defendant Nighttown, Inc. has a direct financial interest in the Establishment.

13. Defendants Brendan Ring and Siobhan Sinnott are the President and Vice President, respectively, of Defendant Nighttown, Inc. with responsibility for the operation and management of that corporation and the Establishment.

14. Defendants Brendan Ring and Siobhan Sinnott have the right and ability to supervise the activities of Defendant Nighttown, Inc. and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

15. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 14.

16. Since May 2015, BMI has reached out to Defendants over 35 times, by phone, mail and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in

the Establishment.

17. Plaintiffs allege five (5) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

18. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the five (5) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

19. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

20. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

21. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

22. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

23. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: **November 30, 2016**

By: */s/ F. Thomas Vickers*
F. Thomas Vickers (0021900)
VICKERS LAW GROUP CO., LPA
1119 Bassett Road
Westlake, OH 44145
Email: tvickers@vickerslawgroup.com
Cell: (216) 401-3202

*Attorney for Plaintiffs*

# Schedule

| Line 1 | Claim No. | 1 |
|---|---|---|
| Line 2 | Musical Composition | Bridge Over Troubled Water |
| Line 3 | Writer(s) | Paul Simon |
| Line 4 | Publisher Plaintiff(s) | Paul Simon, an individual d/b/a Paul Simon Music |
| Line 5 | Date(s) of Registration | 3/30/70 |
| Line 6 | Registration No(s). | Ep 274170 |
| Line 7 | Date(s) of Infringement | 06/24/2016 |
| Line 8 | Place of Infringement | Nighttown |

| Line 1 | Claim No. | 2 |
|---|---|---|
| Line 2 | Musical Composition | Fever |
| Line 3 | Writer(s) | John Davenport; Eddie Cooley |
| Line 4 | Publisher Plaintiff(s) | T/Q Music Inc. d/b/a Trio Music Company; Fort Knox Music, Inc. |
| Line 5 | Date(s) of Registration | 4/9/84 |
| Line 6 | Registration No(s). | RE 207-287 |
| Line 7 | Date(s) of Infringement | 07/17/2016 |
| Line 8 | Place of Infringement | Nighttown |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Goodbye Yellow Brick Road |
| Line 3 | Writer(s) | Elton John; Bernie Taupin |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs Of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 3/7/74 |
| Line 6 | Registration No(s). | Efo 170947 |
| Line 7 | Date(s) of Infringement | 06/25/2016 |
| Line 8 | Place of Infringement | Nighttown |

| Line 1 | Claim No. | 4 | |
|---|---|---|---|
| Line 2 | Musical Composition | Hallelujah I Love Her So a/k/a Hallelujah I Love Him So | |
| Line 3 | Writer(s) | Ray Charles | |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc. | |
| Line 5 | Date(s) of Registration | 1/3/84 | 5/3/56 |
| Line 6 | Registration No(s). | RE 193-661 | Eu 437231 |
| Line 7 | Date(s) of Infringement | 07/17/2016 | |
| Line 8 | Place of Infringement | Nighttown | |

| Line 1 | Claim No. | 5 | | |
|---|---|---|---|---|
| Line 2 | Musical Composition | Mrs. Robinson | | |
| Line 3 | Writer(s) | Paul Simon | | |
| Line 4 | Publisher Plaintiff(s) | Paul Simon, an individual d/b/a Paul Simon Music | | |
| Line 5 | Date(s) of Registration | 4/11/68 | 6/12/68 | 6/25/70 |
| Line 6 | Registration No(s). | Eu 53372 | Ep 246273 | Ep 274171 |
| Line 7 | Date(s) of Infringement | 06/24/2016 | | |
| Line 8 | Place of Infringement | Nighttown | | |